OPINION — AG — **** JURY TRIAL — CAN BE RESTRICTED — CONSTITUTIONAL **** HOUSE JOINT RESOLUTION NO. 559, 31ST LEGISLATURE, 2ND SESSION, PROPOSES AN AMENDMENT TO ARTICLE II, SECTION 19, OKLAHOMA CONSTITUTION, LIMITING THE RIGHT TO JURY TRIAL IN CIVIL CASES TO CASES IN EXCESS OF $100.00 AND CRIMINAL CASES INVOLVING PUNISHMENT BY FINE ONLY EXCEEDING $100.00. SAID AMENDMENT WOULD BE CONSTITUTIONAL IF ENACTED (PASSED IN SEPTEMBER ELECTION) GENE HOYT ** ARTICLE II, SECTION 19 **